MICHAEL F. O'NEILL, RESPONDENT, v. FREDERICK M. P. PEARSE, APPELLANT.

Submitted December 6, 1915—Decided March 6, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 382.

For the appellant, *Burton Le Roy Hare.*

For the respondent, *William J. McFadden.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, PARKER, MINTURN, KALISCH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ. 12.

*For reversal*—None.